COMMONWEALTH of Pennsylvania, Petitioner

v.

Antonio GALES, Respondent

No. 50 EAL 2016

Supreme Court of Pennsylvania.

February 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.